================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__   DISTRICT OF   __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 5:06-CV-1434 (LEK)**

---

**IN RE KENT D. SORBER,,**

       Debtor,

---

**KENT D. SORBER,**

       Appellant,

  -against-

**NEW YORK STATE HIGHER EDUCATION SERVICES CORP.; SALLIE MAE SERVICING CENTER; EDUCATIONAL CREDIT MANAGEMENT CORPORATION,**

       Appellee.

---

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   **XX**    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED in its ENTIRETY, in favor of the appellee (the decision of the Bankruptcy Court is affirmed) and against the appellant, in accordance with the ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated November 30, 2006.

DATE:  December 01, 2006           *LAWRENCE K. BAERMAN*
                                      CLERK OF THE COURT

*/s/ Scott A. Snyder*
**Courtroom Deputy to the Honorable Lawrence E. Kahn**